UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE BURNS,<br><br>                           Plaintiff,<br><br>-against-<br><br>POLICE OFFICER THANDI OF THE CITY OF YONKERS POLICE DEPARTMENT,<br><br>                           Defendant. | 25-cv-5356 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the June 30, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 2, 2025
          New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                           Chief United States District Judge